*Bakalik* (30 AD3d 1114 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

■ In the Matter of Robert N. Bakalik, a Suspended Attorney, Respondent. Grievance Committee of the Eighth Judicial District, Petitioner. [815 NYS2d 836]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Termini,* 28 AD3d 1256 [2006]; *Matter of Hensel,* 24 AD3d 1324 [2005]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

■ In the Matter of Nigel Munroe Atwell, an Attorney, Resignor. [815 NYS2d 835]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed May 9, 2006.)

■ The People of the State of New York, Respondent, v Joseph Albert, Appellant. [817 NYS2d 196]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Kehoe, Green and Pine, JJ.

■ The People of the State of New York, Respondent, v Alex Black, Appellant. [816 NYS2d 398]—Motion for writ of error coram nobis denied. Present—Kehoe, J.P., Gorski, Martoche and Pine, JJ.

■ The People of the State of New York, Respondent, v James Pearce, Appellant. [816 NYS2d 398]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder and Green, JJ.

■ The People of the State of New York, Respondent, v Fred Adkins, Appellant. [816 NYS2d 398]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Kehoe, Pine and Hayes, JJ.

■ The People of the State of New York, Respondent, v Theodore Price, Appellant. [816 NYS2d 398]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Kehoe, Smith and Hayes, JJ.

■ The People of the State of New York, Respondent, v Thang Thanh Nguyen, Appellant. [817 NYS2d 196]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Green, Pine and Hayes, JJ.